**ORDERED.**

PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for JPMorgan Chase Bank
[FILE 10-002072 CHE]

Dated: April 26, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONALD W. LILE,<br><br>    Debtor.<br><br>JPMorgan Chase Bank, its assignees and / or successors in interest,<br>    Movant,<br>v.<br><br>DONALD W. LILE, Debtor, and Chapter 7 Trustee William E. Pierce,<br>    Respondents. | Case # 0:09-bk-32858-EWH<br><br>Chapter 7 Proceedings<br><br><br>**ORDER LIFTING<br>THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>1572 Mandarin Drive<br>Lake Havasu City, AZ 86404 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JPMorgan Chase Bank, ("JP MORGAN"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. JP MORGAN, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement

including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 1572 Mandarin Drive, Lake Havasu City, AZ 86404 and legally described as:

> THE LAND REFERRED TO IN THIS POLICY IS SITUATED IN THE STATE OF AZ, COUNTY OF MOHAVE, CITY OF LAKE HAVASU CITY AND DESCRIBED AS FOLLOWS:
>
> LOT 20, BLOCK 17, TRACT 2278, LAKE HAVASU CITY, ARIZONA, ACCORDING TO THE PLAT THEREOF RECORDED MAY 15, 1972, AS FEE NUMBER 72-9520 IN THE OFFICE OF THE RECORDER OF MOHAVE COUNTY, ARIZONA
>
> EXCEPT ALL OIL, GAS, OTHER HYDROCARBON SUBSTANCES, HELIUM, OR OTHER SUBSTANCES OF A GASEOUS NATURE, COAL METALS, FOSSILS, FERTILIZER OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE DETERMINED BY THE LAWS OF THE UNITED STATES, OR OF THIS STATE, OR DECISIONS OF COURT, TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS WHETHER OR NOT OF COMMERCIAL VALUE AND THE EXCLUSIVE RIGHT THERETO, ON IN OR UNDER THE ABOVE DESCRIBED LANDS, SHALL BE AND REMAIN AND ARE HEREBY RESERVED IN AND RETAINED BY THE STATE OF ARIZONA.
>
> .

2. Unless and until otherwise ordered, the Automatic Stay imposed against JP MORGAN shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
U. S. Bankruptcy Court Judge